■ LESLIE A. WALKER et al., Individually and as Parents and Natural Guardians of LESLEY M. WALKER and Another, Infants, Appellants, v WOODSTONE CUSTOM HOMES, INC., Defendant, and PENFIELD PLUMBING & HEATING, INC., Respondent. [606 NYS2d 1014] —Appeal unanimously dismissed without costs

*(see, Cwikla v Westinghouse Elec. Co.,* 122 AD2d 596; *Dolin v Passero-Scardetta Assocs.,* 110 AD2d 1051). (Appeal from Order of Supreme Court, Monroe County, Rosenbloom, J.—Deny Default Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boomer, JJ.